IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES PERKINS,              )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:02cv1369-T
                              )            (WO)
PAUL WHALEY, II, Director     )
of Classification,            )
                              )
     Defendant.               )
```

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his classification. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the

court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2005.


                                                    __/s/ Myron H. Thompson__
                                                 **UNITED STATES DISTRICT JUDGE**