IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CHARLES PERKINS,              )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:02cv1369-T
                              )              (WO)
PAUL WHALEY, II, Director     )
of Classification,            )
                              )
     Defendant.               )

                          JUDGMENT

     In accordance with the memorandum opinion entered this

date, it is the ORDER, JUDGMENT, and DECREE of the court

as follows:

        (1)  The plaintiff's objections (Doc. No. 37) are

             overruled.

        (2)  The United States Magistrate Judge's

             recommendation (Doc. No. 36) is adopted.

        (3)  Defendant's motions for summary judgment (Doc.

             Nos. 6 & 9) are granted.

(4) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of June, 2005.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE